[No. 69697-1-I.   Division One.   March 3, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. VINCENT OLIVER PETTIE, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 11-1-07885-6, Michael Hayden, J., entered December 12, 2012. *Affirmed* by unpublished opinion per Spearman, A.C.J., concurred in by Schindler and Dwyer, JJ.

[No. 69736-6-I.   Division One.   March 3, 2014.]

MOHAMED ABDELKADIR, *Appellant*, v. THE EMPLOYMENT SECURITY DEPARTMENT, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 12-2-12882-1, Sharon S. Armstrong, J., entered November 30, 2012. *Affirmed* by unpublished opinion per Verellen, J., concurred in by Schindler and Lau, JJ.

[No. 69765-0-I.   Division One.   March 3, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. RANDY LEE ROYAL, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 12-1-03044-4, Bruce E. Heller, J., entered December 28, 2012. *Affirmed* by unpublished opinion per Lau, J., concurred in by Schindler and Verellen, JJ.

[No. 69805-2-I.   Division One.   March 3, 2014.]

*In the Matter of the Marriage of* HEIDI KELLERMANN, *Respondent*, and NICHOLAS KELLERMANN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 11-3-01964-4, Jeffrey M. Ramsdell, J., entered November 8, 2012. *Affirmed* by unpublished opinion per Appelwick, J., concurred in by Leach, C.J., and Becker, J.